```
                                                          2011-44952
                                                             FILED
                                                      October 20, 2011
                                                   CLERK, U.S. BANKRUPTCY COURT
                                                   EASTERN DISTRICT OF CALIFORNIA
                                                         0003847317
```

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

### INVOLUNTARY PETITION

| IN RE (Name of Debtor – If Individual: Last, First, Middle) **KINGS PROFESSIONAL BASKETBALL CLUB** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): **94-2953636** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) **425 Watt Avenue Sacramento CA 95864** | MAILING ADDRESS OF DEBTOR (If different from street address) **same** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS **SACRAMENTO** ZIP CODE **95864** | ZIP CODE **95864** |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ✔ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check **one** box.) | Type of Debtor (Form of Organization) | Nature of Business (Check **one** box.) |
|---|---|---|
| Petitioners believe: | ☐ Individual (Includes Joint Debtor) | ☐ Health Care Business |
| | ☐ Corporation (Includes LLC and LLP) | ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B) |
| ☐ Debts are primarily consumer debts | ✔ Partnership | ☐ Railroad |
| ✔ Debts are primarily business debts | ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Stockbroker |
| | | ☐ Commodity Broker |
| | | ☐ Clearing Bank |
| | | ✔ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✔ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. | ✔ Full Filing Fee attached |
| ✔ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor **Robert A. Cook** | Case Number **11-39335-C-11** | Date **08/08/2011** |
|---|---|---|
| Relationship **General Partner** | District **Eastern District of California** | Judge **Hon. Christopher J. Klein** |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ✔ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ✔ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ✔ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Martin Boone, as Managing Member | x /s/ Hanno T. Powell                       10/20/2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                  Date |
| Cura Financial, LLC                     10/19/2011 | Powell & Pool |
| Name of Petitioner                       Date Signed | Name of Attorney Firm (If any) |
|  | 7522 N. Colonial Ave., Ste. 100, Fresno CA 93711 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Martin Boone | (559) 228-8034 |
| 1260 41st Ave, Suite O | Telephone No. |
| Capitola CA 95010 | |
| As Managing Member | |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                  Date |
| Name of Petitioner                       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                  Date |
| Name of Petitioner                       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Cura Financial, LLC 1260 41st Ave., Ste. O Capitola CA | General Partner | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

[ Reset ]                              [ Save As... ]        [ Print ]