# UNITED STATES BANKRUPTCY COURT
## Eastern District of California, Sacramento Division

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

Case Number:   **11-44952 - C - 11**

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Kings Professional Basketball Club
xxx-xx-0000
94-2953636
425 Watt Ave
Sacramento, CA 95864

**TO THE ABOVE NAMED DEBTOR(S):**

A petition under Title 11, United States Code, was filed against you on 10/20/11 in this Bankruptcy Court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the Clerk of the U.S. Bankruptcy Court, 501 I Street, Suite 3-200, Sacramento, California 95814-2322, a motion or answer to the petition that is attached to this summons, within 21 days after the service of this summons.

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney (or if the petitioner is not represented by an attorney, upon the petitioner) whose name and address is:

**Name and Address of Petitioner's Attorney:**

Hanno T. Powell
7522 N. Colonial Ave. #100
Fresno, CA 93711

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Date of Issuance:    10/21/11



s/ Wayne Blackwelder, Clerk

Form B250E (v.12.09) (Continued)

| Case Number: 11-44952 – C – 11 |
|---|
| Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es): <br><br> Kings Professional Basketball Club <br> xxx-xx-0000 <br> 94-2953636 <br> 425 Watt Ave <br> Sacramento, CA 95864 |

# CERTIFICATE OF SERVICE OF SUMMONS TO DEBTOR IN INVOLUNTARY CASE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by:

\_\_\_ **MAIL SERVICE:** Regular, first class United States mail, postage fully pre-paid, addressed to:


\_\_\_ **PERSONAL SERVICE:** By leaving the documents with the following debtor(s) or an officer or agent of the debtor(s) at:


\_\_\_ **RESIDENCE SERVICE:** By leaving the process with the following adult at:


\_\_\_ **PUBLICATION:** The debtor was served as follows [describe briefly]:


\_\_\_ **STATE LAW:** The debtor was served pursuant to the laws of _____, as follows [describe briefly]:


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.
Under penalty of perjury, I declare that the foregoing is true and correct.

_____  _____
Date                                                                Signature

Print Name: _____
Business Address: _____
City, State, Zip: _____